Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

__Camden__ Division

| | |
|---|---|
| Xeno Rios | )    Case No. _____ |
| | ) |
| | )    *(to be filled in by the Clerk's Office)* |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | )    Jury Trial: *(check one)* ☑ Yes ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| -v- | ) |
| | )    **RECEIVED** |
| United States of America, Selective Service System | ) |
| | )    SEP 1 2 2025 |
| _____ | ) |
| *Defendant(s)* | )    AT 8:30 _____ M |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | )    CLERK, U.S. DISTRICT COURT - DNJ |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Xeno Rios |
| Street Address | 288 cohansey street |
| City and County | Bridgeton, Cumberland |
| State and Zip Code | NJ 08302 |
| Telephone Number | (943)253-9808 |
| E-mail Address | Internationalxeno@icloud.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                    Selective Service System

Job or Title *(if known)*

Street Address                          1515 Wilson blvd

City and County                         Arlington, Arlington County

State and Zip Code                      Virginia, 22209-2425

Telephone Number                        (703) 605-4100

E-mail Address *(if known)*

Defendant No. 2

Name                                    United States Of America

Job or Title *(if known)*               NJ Attorney General

Street Address                          970 Broad Street, 7th floor

City and County                         Newark, Essex County

State and Zip Code                      NJ 07102

Telephone Number                        (973) 645-2700

E-mail Address *(if known)*

Defendant No. 3

Name                                    United States of America

Job or Title *(if known)*               U.S. Attorney General

Street Address                          950 Pennsylvania Avenue, NW

City and County                         Washington, D.C.

State and Zip Code                      20530-0001

Telephone Number                        (202) 514-2000

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. U.S. Constitution, Amendment V (Due Process/Equal Protection Principles; 5 U.S.C. § 702; 28 U.S.C. §§ 1331, 2201-2202

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Xeno Rios                               , is a citizen of the State of *(name)*  New Jersey

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                               , is incorporated under the laws of the State of *(name)*                               ,

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                               , is a citizen of the State of *(name)*                               . Or is a citizen of *(foreign nation)*

b.    If the defendant is a corporation

The defendant, *(name)* Selective Service System , is incorporated under the laws of the State of *(name)* Virginia (Federal Agency) , and has its principal place of business in the State of *(name)* Virginia .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please Find attached Page.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please Find attached Page.

## III. Statement of Claim.

Plaintiff, of Puerto Rican descent is required to Selective Service Registry under Federal law.

2. Residents of Puerto Rico & other U.S. territories are also required to register & may be conscripted during a national Emergency.

3. Territorial residents who fail to register face penalties; including criminal prosecution, loss of benefits, & education opportunities, fines.

4) Despite obligations, territorial residents cannot vote on Presidential campaigns, denied Senate representation, & possess only Non-Voting delegates in the house of representatives.

5) The Selective Service System & U.S. gov't. are Therefore responsible for imposing life & death obligations w/o granting equal democratic rights.

6) Plaintiff's family & community, including those of territorial residency, have served & died valiantly as U.S. soldiers/veterans, despite having no electoral voice in the very leadership that deploys them.

7. This contradiction stems from the outdated Insular Cases, which have now been condemned by multiple Supreme Court Justices as discriminatory relics.

8. As a result Plaintiff & similarly impacted individuals have suffered harm, including emotional distress, reputational backlash, & financial burdens tied to Selective Service Obligations w/o equal rights.

X _____          Date: __09/12/25__

PRO-se 1 Complaint for A Civil Case

# IV. Relief

1. Declatory Relief - declaration imposing selective service obligations on U.S. territory residents while denying federal voting rights & representation is Unconstitutional.

2. Injustive Relief - an order Preventing the selective Service System from enforcing registration, Penalties, or conscriptions upon Puerto Rico & U.S. territories alike; Unless & until equal rights are granted.

3. Alternative Solutions/ Remedies - Recognition this contradiction car Only be resolved by:

A) Exempting territorial residents from mAndatory military obligations; or

B) Granting Equal voting rights & representation in Congress & Presidential Campaigns; or

C) territories must be permitted to Pursue independence & full self-determination, Consistent w/ international Law Principles & democratic foundations of the U.S.

D) Admission of the Territories as full states.

4. Compensatory Damages - $250,000 for harms suffered by Plaintiff & family including distress, reputational harm, & financial burdens stemming from Selective Service Obligations.

5. Punitive Damages - $750,000 to deter federal govt. from Continuing unconstitutional & discriminatory Practices rooted in the insular Cases.

6. Nominal damages as deemed by the Court.

Pro se 1 Complaint For A Civil Case

IV Relief cntd

7. Costs of Action - including Filing fees, Service expenses, and transportation Costs.

8. Further Relief - any other relief deemed just & proper.

X _____       Date: 09/12/25

RECEIVED
SEP 12 2025
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    09/12/25

Signature of Plaintiff

Printed Name of Plaintiff    Xeno Rios

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Print    Save As...    Add Attachment    Reset

# Federal Complaint

RECEIVED

SEP 12 2025

AT 8:30

CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

---

Xeno Rios,

Plaintiff,

v.

Selective Service System, and the United States of America,

Defendants.

Civil Action No. _____

---

# COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND OTHER RELIEF

---

## I. Jurisdiction and Venue

1. This action arises under the Constitution and laws of the United States, including the Due Process and Equal Protection principles embodied in the Fifth Amendment, as applied to the federal government. The Fourteenth Amendment is cited by analogy for its longstanding recognition that obligations and rights must be balanced fairly.

2. Jurisdiction is proper under 28 U.S.C. § 1331, as this case presents a federal question.

3. Venue is proper in the District of New Jersey under 28 U.S.C. § 1391(e), as the Plaintiff resides in this District.

---

## II. Parties

4. Plaintiff: Xeno Rios, a United States citizen and resident of New Jersey, filing pro se. Plaintiff brings this action on his own behalf as a registrant subject to Selective Service obligations, and as an individual with direct family, cultural, and community ties to Puerto Rico and other United States territories. Plaintiff has personally borne the burdens of Selective Service obligations and military service, while witnessing the injustice of such obligations imposed upon territorial residents who are denied equal political rights.

5. Defendants:

a. The Selective Service System, an independent agency of the United States government headquartered in Arlington, Virginia, responsible for enforcing federal draft registration and related obligations.

b. The United States of America, which acts through the Selective Service System and other agencies in enforcing these obligations.

---

## III. Statement of Facts

6. The Selective Service System requires nearly all male U.S. citizens and nationals between ages 18–25 to register for the draft.

7. This requirement extends to residents of Puerto Rico and other U.S. territories alike.

8. These residents face criminal penalties, loss of federal benefits, and other sanctions if they fail to comply with Selective Service registration.

9. Despite these obligations, territorial residents cannot vote for President of the United States, are denied representation in the United States Senate, and have only non-voting delegates in the House of Representatives.

10. This contradiction stems from the Insular Cases (1901–1922), in which the Supreme Court held that the Constitution does not fully apply to "unincorporated territories," permitting Congress to impose obligations without extending equal rights.

11. Territorial residents have fought and died in every U.S. war — from World War I through Iraq and Afghanistan — despite never having a vote for the Commander-in-Chief who ordered such wars.

12. The United States was founded on the principle of "no taxation without representation." The current system perpetuates a modern equivalent: "no conscription without

representation."

13. Multiple Supreme Court Justices, including Justice Neil Gorsuch and Justice Sonia Sotomayor, have condemned the Insular Cases as "shameful relics" that rest on racist and colonial assumptions, inviting reconsideration of their continued use.

14. Defendants may attempt to rely on the Insular Cases, a set of century-old decisions which held that the Constitution does not fully apply to 'unincorporated territories.' Plaintiff submits that these decisions are widely recognized as relics of racism and colonialism, condemned by both liberal and conservative Justices, and should not control here. This case concerns the imposition of life-and-death military obligations without representation, an issue not squarely addressed in those cases and one that strikes at the core of the democratic principles on which the United States was founded.

## IV. Claim for Relief

Count I — Violation of Equal Protection and Due Process (Fifth Amendment)

14. By requiring residents of U.S. territories to comply with Selective Service obligations while denying them equal voting rights and representation, the federal government violates fundamental principles of due process and equal protection embodied in the Fifth Amendment.

15. The imposition of life-and-death obligations without corresponding democratic rights is arbitrary, discriminatory, and unconstitutional.

## V. Relief Sought

The Plaintiff respectfully requests that this Court grant the following relief:

A. Declaratory Judgment

- Declare that it is unconstitutional to impose Selective Service obligations on residents of U.S. territories while denying them equal voting rights and representation.

B. Injunctive Relief

- Enjoin the Selective Service System from enforcing registration, penalties, or conscription upon residents of U.S. territories unless and until equal political rights are

granted.

## C. Alternative Remedies

- Recognize that the contradiction can only be resolved by one of the following:

  1. Exemption of territorial residents from military obligations.

  2. Granting of equal federal voting rights and representation, including the right to vote for President and representation in both houses of Congress.

  3. Independence and self-determination for the territories.

  4. Admission of the territories as states with equal rights and obligations.

## D. Damages and Costs

- Award Plaintiff nominal and/or compensatory damages in recognition of the harm suffered by Plaintiff, his immediate family, and similarly situated residents and veterans of U.S. territories who have borne military obligations without equal rights. Award Plaintiff compensatory damages for the burdens suffered as a result of the Selective Service System's unconstitutional application of obligations without equal rights, including emotional distress, reputational harm, and financial costs incurred.

- Award punitive or exemplary damages to deter the federal government from maintaining discriminatory and outdated practices rooted in the Insular Cases.

- Award nominal damages, if necessary, to ensure judicial recognition of the constitutional violation

- Award Plaintiff the costs of this action and such other relief as this Court deems just and proper.

---

# VI. Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

---

Respectfully submitted,

Date: 09/12/25

Xeno Rios

Pro Se Plaintiff

288 Cohansey Street

Bridgeton, NJ 08302

943-253-9808

internationalxeno@icloud.com

RECEIVED

SEP 12 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ